UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BURKS,

                     Plaintiff,

v.                                                                      ORDER

CITY OF YONKERS, et al.,                                19-cv-01152 (PMH)

                     Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter was reassigned to me. On 4/16/2020 a mailing to plaintiff enclosing a copy of an Order to Show Cause why this action should not be dismissed with prejudice for want of prosecution dated 3/13/2020 (Doc. 11) was returned as "Attempted Not Known." Plaintiff failed to file a response to the Order to Show Cause by the 4/13/2020 deadline. As there has been no activity on this docket since the 3/13/2020 Order, and plaintiff has not taken any action since filing the Complaint on 2/6/2019, plaintiff is directed to submit a letter by 7/20/2020 notifying the Court if his address has changed. Plaintiff is reminded that the Court may dismiss this action if he fails to so notify the Court in writing of a change in address, and that failure to respond to this Court's order will result in dismissal of his case. To the extent known, the defendants are directed to submit a letter notifying the Court of plaintiff's current address by 7/20/2020.

SO-ORDERED:

Dated:  New York, New York
          June 29, 2020

                                                                       Philip M. Halpern
                                                                       United States District Judge