UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BURKS,

                      Plaintiff,

v.                                                     **ORDER**

CITY OF YONKERS, et al.,                   19-CV-01152 (PMH)

                      Defendants.
---------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

        Counsel for defendant appeared today at 10:00 a.m. by telephone for a case management conference; plaintiff did not appear. Defense counsel advised that plaintiff has been transferred to Southport Correctional Facility. Plaintiff has not advised the Court that his address has changed. Plaintiff is reminded, again, that the Court may dismiss the action if he fails to notify the Court in writing of a change in his address.

        Discovery in this case closed on July 12, 2021. The Court directed defense counsel to mail a copy of the discovery that has been produced to plaintiff at his new address.

        The Court rescheduled the case management conference to **September 1, 2021 at 12:00 p.m.** to be held via telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. Defense counsel shall make prior arrangements with the appropriate facility to have the plaintiff available via telephone and give plaintiff notice of this Order.

        The Clerk of the Court is requested to mail a copy of this Order to plaintiff at the address listed on the docket, as well as to: Charles Burks, 19A0925, Southport Correctional Facility, P.O. Box 2000, Pine City, New York 14871-2000.

SO ORDERED.

Dated: White Plains, New York
       July 13, 2021

_____
Philip M. Halpern
United States District Judge