UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES BURKS,

                                    Plaintiff,

-against-

THE CITY OF YONKERS; YONKERS POLICE
DETECTIVE JOHN DOE 1; YONKERS POLICE
OFFICER JOHN DOE 2; YONKERS POLICE
EMERGENCY SERVICE UNIT JOHN DOES 3-6,

                                    Defendants.
-----------------------------------------------------------------X

**JUDGMENT**

19 Civ. 01152 (PMH)

**WHEREAS**, plaintiff Charles Burks commenced this action by filing a complaint on or about May 1, 2019, alleging that defendants violated his federal civil rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on October 12, 2021;

**WHEREAS**, on October 26, 2021; plaintiff accepted the Offer of Judgment, it is hereby,

**ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $5,000.00 (Five Thousand Dollars), in full satisfaction of all claims against the defendants herein, said $5,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: November 12, 2021
          White Plains, New York

                                                                       _____
                                                                       HONORABLE PHILIP M. HALPERN
                                                                       UNITED STATES DISTRICT JUDGE